[No. 11388–7–I.   Division One.   October 22, 1984.]

MAGNUS P. BERGLUND, ET AL, *Respondents,* v. CATHERINE S. BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 3920, Richard L. Pitt, J., entered January 25, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Scholfield, JJ.

[No. 12084–1–I.   Division One.   October 22, 1984.]

JOHANNA M. FARRELL, *Appellant,* v. BOYD COFFEE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–06884–9, Liem E. Tuai, J., entered July 22, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 13788–3–I.   Division One.   October 22, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. SIGFRIED C. LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00071–2, Daniel T. Kershner, J., entered September 14, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Coleman, JJ.

[No. 13152–4–I.   Division One.   October 22, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD LEE ISOM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03657–5, Stephen M. Reilly, J., entered April 12, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.